IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| FRANCIS CALLIER; DAMON ODOM; and DEMONICA FAVORS, Individually and on behalf of all others similarly situated who have opted to participate in this action<br><br>Plaintiffs,<br><br>v.<br><br>OUTOKUMPU STAINLESS USA, LLC<br><br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)  CASE NO.: 21-cv-521 JB-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED NOTICE OF FILING ADDITIONAL NOTICE OF CONSENT

Filed herewith is a Notice of Consent to Become a Party Plaintiff of the following:

1. Kelly Dixon, the Guardian / Conservator of Max Reeves.

Defendant has been consulted and does not object to the inclusion of this individual in this action.

Respectfully Submitted,

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal – ROSEI6905
Attorney for Plaintiffs
Post Office Box 195
Mobile, AL 36601
(251) 432-8883 (office)
(251) 432-8884 (fax)
Email: idr@holstonvaughan.com
**SIMS LAW FIRM, LLC.**
Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs

1

Post Office Box 7112
Mobile, AL 36670
(251) 490-9424
Email: patrick@simslawfirm.net

**McDOWELL KNIGHT ROEDDER
  & SLEDGE, LLC**

**Frederick G. Helmsing, Jr., Esq. (HEL014)**
11 North Water Street, Suite 13290
Mobile, Alabama 36602
(251) 432-5300 (office)
(251) 432-5303 (fac)
E-Mail:  fhelmsing@mcdowellknight.com

### CERTIFICATE OF SERVICE

     I hereby certify that I have on this the 3rd day of October, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Devin C. Dolive, Esq.**
**Ronald W. Flowers, Jr. Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  ddolive@burr.com
        rflowers@burr.com

**H. William Wasden, Esq.**
Burr & Forman, LLP
11 North Water Street – Suite 22200
Mobile, Alabama 36602
E-Mail:  bwasden@burr.com

**Cheri Turnage Gatlin, Esq.**
Burr & Forman, LLP
190 East Capitol Street, Ste M-100
Jackson, MS 39201
E-Mail: cgatlin@burr.com
*Counsel for Defendant, Outokumpu Stainless USA, LLC*

        /s/ Ian Rosenthal
        OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FRANCIS CALLIER, et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO. 1:21-00521-JB-N

OUTOKUMPU STAINLESS USA, LLC,

        Defendant.

## CONSENT TO BECOME A PARTY PLAINTIFF

1. I, __Max Reeves__, consent to become a Party Plaintiff in the above-captioned lawsuit styled Francis Callier, et al. v. Outokumpu Stainless USA, LLC to assert claims I may have under the Fair Labor Standards Act, §§ 201 *et seq.*, for work performed for Outokumpu Stainless USA, LLC.

2. I specifically authorize the named Plaintiffs, and counsel of record for the named Plaintiffs, Ian Rosenthal Esq., and Holston, Vaughan & Rosenthal, LLC, and Patrick H. Sims and The Sims Law Firm, LLC to represent me in this lawsuit.

Date: __8/24/2022__, 2022.

__Max Reeves By Kelly Dixon Conservator and Cousin__
SIGNATURE

__Max Reeves By Kelly Dixon__
PRINT NAME

__135 Albert Reeves Rd.__
ADDRESS (REQUIRED)

__Lucedale, MS 39452__
CITY, STATE AND ZIP CODE

__601 508 3824__
DAYTIME TELEPHONE NUMBER
(REQUIRED)

IN THE CHANCERY COURT OF GEORGE COUNTY, MISSISSIPPI

IN THE MATTER OF THE
GUARDIANSHIP/CONSERVATORSHIP
OF MAX ALBERT REEVES

CAUSE NO. 21-249 MAM

KELLY D. DIXON                                                PETITIONER

## LETTERS OF GUARDIANSHIP/CONSERVATORSHIP

WHEREAS, KELLY D. DIXON has been appointed by the Court as Guardian/Conservator of the person and estate of MAX ALBERT REEVES, an adult.

I, THEREFORE, BY THESE LETTERS, authorize KELLY D. DIXON, as Guardian/Conservator aforesaid, to discharge all the duties required of her by law or by the order of this Court:

The Guardian/Conservator is empowered with the powers enumerated in Section 209, with the following exception(s): NONE

WITNESS, Honorable Mark A. Maples, Judge of the Chancery Court of George County, Mississippi, on the 15th day of September, 20 21, the seal of said Court hereunto affixed.

CAMMIE B. BYRD, CHANCERY CLERK

BY: _____
Deputy Clerk (Seal)

I, CAMMIE B. BYRD, Clerk of the Chancery Court in and for the County of George and State of Mississippi, certify that the above is a true copy of the Letters of Guardianship/Conservatorship upon the person of Max Albert Reeves, an adult, granted, and issued to KELLY D. DIXON, on the 14th day of September, 20 21, as same appears on file and of record in my office in the city of Lucedale in said County and State.

Given under my hand and seal of said Court at Lucedale, Mississippi, in said County and State, this the 15th day of September, 20 21.

CAMMIE B. BYRD, CHANCERY CLERK

BY: _____
Deputy Clerk (Seal)

Prepared by:
Martin A. Seib
Attorney at Law, PLLC
346 Cox Street
Lucedale, MS 39452
Phone: (601) 947-8127
Fax: (601) 947-7891
MS Bar #102350

STATE OF MISSISSIPPI
COUNTY OF GEORGE
**CERTIFIED COPY**
of ORIGINAL as on file in
George County Chancery Clerk's Office
CAMMIE BRANNAN BYRD
Date 17 Sept 2021
By _____

ENTERED