IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANCIS CALLIER,** et al., | ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:21-00521-JB-N ) |
| **Outokumpu Stainless USA, LLC,** Defendant. | ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 299) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated January 20, 2026, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Chad Clonts be **DISMISSED without prejudice** for failure to prosecute. The Clerk of Court is **DIRECTED** to terminate Clonts from this action.

**DONE** and **ORDERED** this the 13th day of February 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE